CV 26-00001-HG-WRP

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jan 8, 2026
LUCY H. CARRILLO, CLERK OF COURT
At __ oclock and __min __

[✔] ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[] ORDER SETTING STATUS CONFERENCE

for **Monday, March 9, 2026** at 9:00 a.m. before:

- [] Magistrate Judge Rom Trader via ZOOM Teleconference (Call: 1-833-568-8864 / Access Code 161 5641 6035)

- [✔] Magistrate Judge Wes Reber Porter via ZOOM Teleconference (Call: 1-833-568-8864 / Access Code: 161 0084 2470)

- [] Magistrate Judge Kenneth J. Mansfield via ZOOM Teleconference (Call: 1-833-568-8864 / Access Code 160 8983 1896)

- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Thursday, January 8, 2026.

/s/ Derrick Watson
Chief, U.S. District Judge

**THIS SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT. PLEASE DO NOT REMOVE.**